1  THE MLNARIK LAW GROUP, INC
   John L. Mlnarik [SBN: 257882]
2  Angie Y.C. Tong [SBN: 262317]
   2328 Walsh Avenue, Suite H
3  Santa Clara CA  95051
   Telephone: 408-919-0088
4  Facsimile:  408-919-0188

5  Attorneys for Debtors
   RICHARD R. FLAYLER & MAY L. FLAYLER

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

In Re:

RICHARD R. FLAYLER & MAY L. FLAYLER

    Debtors

Chapter 13

Bankruptcy No. 10-49744

Date:    September 24, 2010
Time:    10:00 A.M.
Room: 215

HON. EDWARD D. JELLEN

## DECLARATION OF DEBTOR, RICHARD R. FLAYLER IN OPPOSITION TO MOTION FOR RELIEF FROM STAY

I, Richard R. Flayler, declare:

1. I am the Debtor in the instant case and the record owner of real property commonly known as, 83 Mosswood Court, Livermore, California (the "Property"). I make this declaration of my own personal knowledge and if called as a witness I could and would competently testify thereto.

2. My wife, May and I filed the instant bankruptcy case on August 25, 2010 so that we could, among other things, cure the arrearages due on a second deed of trust against the Property held by Comerica Bank.

3. The Property is my primary residence where I reside with my wife and children.

4. Attached hereto as Exhibit A is a true and correct copy a cancelled check that posted to my account with Wells Fargo ending in #9733 on or about September 7, 2010.

////

5. After filing for bankruptcy protection I made my payment to Comerica Bank on or before the first of the month and the payment posted to my account not less than 3 days prior to the date the payment would have been considered "Late" under the terms of our agreement.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 21st, 2010 at Santa Clara, California.

                                      /s/ Richard R. Flayler
                                      RICHARD R. FLAYLER

 Wells Fargo Business Online®

## View Check Copy

| Check Number | Date Posted | Check Amount | Account Number |
|---|---|---|---|
| 1035 | 09/07/10 | $650.00 | PMA PRIME CHECKING ACCOUNT XXXXXX9733 |

RICHARD FLAYLER
MAY FLAYLER
83 MOSSWOOD CT
LIVERMORE, CA 94551-3063

1035
11-4268/1210 4117
5554309733

Date: 9-1-10

Pay to the Order of: COMERICA BANK       $ 650.00

Six Hundred Fifty and no/100 Dollars

Wells Fargo Bank, N.A.
California
wellsfargo.com

For: _____

01035

⌂ Equal Housing Lender
© 1995 - 2010 Wells Fargo. All rights reserved.