THE MLNARIK LAW GROUP, INC
John L. Mlnarik [SBN: 257882]
Angie Y.C. Tong [SBN: 262317]
2328 Walsh Avenue, Suite H
Santa Clara CA 95051
Telephone: 408-919-0088
Facsimile: 408-919-0188

Attorneys for Debtor
RICHARD R. FLAYLER & MAY L. FLAYLER

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| In Re:<br><br>RICHARD R. FLAYLER & MAY L. FLAYLER<br><br>Debtors | Chapter 13<br><br>Bankruptcy No. 10-49744<br><br><br>HON. EDWARD D. JELLEN |

## CERTIFICATE OF SERVICE BY MAIL

I declare as follows:

    I am employed in the County of Santa Clara, California; I am over the age of 18 years, and not a party to the within action; my business address is 2328 Walsh Avenue, Suite H, Santa Clara, CA 95051.

    I am readily familiar with my employer's business practice for collection and processing of correspondence for mailing with the United States Postal Service.

    On September 21, 2010, I served a copy, with all exhibits, of the following documents:

1. **OPPOSITION OF DEBTORS TO MOTION FOR RELIEF FROM STAY;**

2. **DECLARATION OF JOHN L. MLNARIK IN OPPOSITION TO MOTION FOR RELIEF FROM STAY; and**

3. **DECLARATION OF DEBTOR, RICHARD FLAYER, IN OPPOSITION TO MOTION FOR RELIEF FROM STAY**

1

CERTIFICATE OF SERVICE

Case: 10-49744   Doc# 24   Filed: 09/21/10   Entered: 09/21/10 16:53:52   Page 1 of 2

on the party or parties named below by following ordinary business practice, placing a true copy thereof enclosed in a sealed envelope, for collection and mailing with the United States Postal Service where it would be deposited for first class delivery, postage fully prepaid, in the United State Postal Service that same day in the ordinary course of business addressed as follows:

**Attorneys for Comerica Bank**

Breck E. Milde, Esq.
TERRA LAW LLP
177 Park Avenue, 3rd Floor
San Jose, CA 95113

**Trustee**

Martha Bronitsky
P.O. Box 5004
Hayward, CA 94540-5004

**U.S. Trustee**

Office of the U.S. Trustee
1301 Clay Street, Suite 690N
Oakland, CA 94612-5217

     I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on September 21, 2010, at Santa Clara, California.

                              /s/ Michele A. Anderson

                              MICHELE A. ANDERSON